UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID D. TROTTER,

    Plaintiff,

v.                                                                            Case No. 05-C-1032

PHIL KINGSTON, *et al.*,

    Defendants.

## ORDER

Plaintiff David D. Trotter, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that various defendants were deliberately indifferent to his medical needs when they sprayed chemical incapacitating agents on or near him and ignored his pleas for help. On February 24, 2005, plaintiff filed a motion to compel the production of documents (Docket #29) and a motion to compel answers to interrogatories (Docket #30). Neither motion includes a certification that plaintiff conferred with defendants' counsel in a good-faith attempt to secure disclosure, as required by Fed. R. Civ. P. 37(a)(2) and Civil L.R. 37.1. In fact, it appears that defendants' failure to respond to plaintiff's discovery requests resulted from an oversight. (Docket #32.) Because they lack the requisite certifications, plaintiff's motions to compel are **DENIED**, without prejudice.

    **SO ORDERED.**

    Dated this   1st   day of March, 2006.

                                                             s/ William C. Griesbach
                                                             William C. Griesbach
                                                             United States District Judge